```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ALABAMA
                       EASTERN DIVISION

MELISSA M. WELDON,              }
                                }
     Plaintiff,                 }
                                }      CIVIL ACTION NO.
v.                              }      04-AR-2402-E
                                }
ALABAMA POWER COMPANY,          }
                                }
     Defendant.                 }
```

**MEMORANDUM OPINION**

The court has considered the entire file in this action, including the newly submitted evidence, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved, with the following two clarifications based on the new evidence:

(1) As partial support for the finding, on page 16 of the Report and Recommendation, that plaintiff, Melissa M. Weldon ("Weldon"), was presumably qualified for the Apprentice Lineman position in 2002, Judge Ott notes that "the plaintiff testified that other males were given the opportunity to complete their DOT physicals." In its objections to the Report and Recommendation, defendant Alabama Power Company ("Alabama Power") argues that Weldon's testimony is inadmissible hearsay that cannot be considered on a Rule 56 motion. The newly filed declaration of Alan Wagnon, Weldon's

      union representative, provides an independent, non-hearsay basis for the findings that male employees were granted the opportunity to complete necessary certifications and Weldon was not granted this same opportunity.

(2) On page 24 of the Report and Recommendation, Judge Ott states that "looking at the record in a light most favorable to the plaintiff, it appears [Weldon] did complain again in 2003 on the defendant's annual survey."  In a footnote, Judge Ott notes that, "[u]nfortunately, the parties have not included copies of any of the annual surveys completed by plaintiff."  The newly filed evidence includes the annual surveys, including the 2003 annual survey in which Weldon answers yes to the question of whether she was subjected to intimidation, harassment, or discrimination based on race, sex, age, color, religion, national origin, veteran's status, or disability.

With the above clarifications, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, the motion to strike will be granted in part and denied in part and the motion for summary judgment will be denied. An appropriate order will be entered.

DONE this 16th day of May, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE