FILED
2006 Jun-27 PM 12:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    EASTERN DIVISION

MELISSA M. WELDON,              }
                                }
     Plaintiff,                 }
                                }     CIVIL ACTION NO.
v.                              }     04-AR-2402-E
                                }
ALABAMA POWER COMPANY,          }
                                }
     Defendant.                 }
```

## MEMORANDUM OPINION AND ORDER

On June 26, 2006, the court heard oral argument on defendant's motion to supplement its initial disclosures by the addition of two prospective fact witnesses. Although at the pretrial conference the court did not grant defendant's request that it be allowed to supplement its witness list, it did agree to allow defendant to file its present motion after the pretrial order had been entered. In the motion, defendant concedes that if its motion is granted, plaintiff should be allowed to depose the new witnesses.

Under the circumstances, defendant's motion is CONDITIONALLY GRANTED, the conditions being (1) that defendant shall make available for deposition by plaintiff, without subpoena, Walter Herman Graham, William Thomas Killian, Glenda Dicks and Wendell McLain; (2) that the depositions be taken and transcribed at defendant's cost; (3) that the depositions be completed **by July 28, 2006,** and; (4) that plaintiff be allowed to amend her witness

list to include any of the said witnesses after the depositions have been completed.

The pretrial order is AMENDED accordingly.

DONE this 27th day of June, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE